# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

157399

MATTHEW YOUNG,
     Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
     Respondent-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157399
COA: 331352
Ingham CC: 15-000438-AA

By order of October 2, 2018, the application for leave to appeal the December 21, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *Henderson v Civil Serv Comm* (Docket No. 156270). On order of the Court, the case having been decided on March 15, 2019, ___ Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019

p0520

Clerk